**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **LUV N' CARE, LTD.** | **CIVIL ACTION NO. 04-1136** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SASSY, INC.** | **MAG. JUDGE JAMES D. KIRK** |

**RULING**

On January 20, 2006, Plaintiff Luv N' Care, Ltd. filed its "Appeal of Rulings on Motion for Protective Order" [Doc. No. 55], appealing Magistrate Judge James D. Kirk's rulings at a hearing held on January 5, 2006. *See Minutes of Court* [Doc. No. 52]; *see also January 20, 2006 Summary of Court's January 5, 2006 Oral Order*. On February 6, 2006, Defendant Sassy, Inc. filed a Memorandum in Opposition to Defendants' Motion to Appeal Decision of Magistrate Judge [Doc. No. 27]. On February 22, 2006, the Court granted Plaintiff leave to file its reply brief. [Doc. No. 64].

Plaintiff appeals part of Magistrate Judge Kirk's rulings on its Motion for Protective Order. Specifically, Plaintiff appeals Magistrate Judge Kirk's denial in part of its request for a protective order as to Defendant's Request No. 43 and Request No. 47.[1] *See* [Doc. No. 41 (quoting text of requests)]. Plaintiff further seeks clarification of Magistrate Judge Kirk's rulings

---

[1] Plaintiff states that its appeal is only of Magistrate Judge Kirk's rulings denying in part its Motion for Protective Order. It does not appear that Plaintiff appeals Magistrate Judge Kirk's denial of its Motion for Protective Order on Request No. 46 and, obviously, his complete grant of its Motion for Protective Order on Request No. 45. Regardless, however, the Court has reviewed the transcript and does not find Magistrate Judge Kirk's decision to be clearly erroneous or contrary to law.

because the rulings were issued orally and are not detailed in the court minutes.

A motion for protective order is a non-dispositive pre-trial matter. Under 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Court reviews a magistrate judge's rulings on a non-dispositive matter only to determine whether they are clearly erroneous or contrary to law.

The Court has reviewed the entire record, including a transcript of the January 5, 2006, hearing, together with the parties' memoranda, and finds that Magistrate Judge Kirk's rulings and order are neither clearly erroneous nor contrary to the law. As noted by Defendant, Magistrate Judge Kirk narrowed the scope of information and document which Plaintiff would have been required to produce. The information and documents sought by Defendant, as narrowed by Magistrate Judge Kirk's rulings and order, are reasonably calculated to lead to the discovery of admissible evidence.

Accordingly, Plaintiff's "Appeal of Rulings on Motion for Protective Order" [Doc. No. 55] is DENIED, and Magistrate Judge Kirk's January 5, 2006 oral rulings and order, as set forth in the minutes of Court [Doc. No. 52], the Clerk of Court's January 20, 2006 Summary, and the official court transcript, are AFFIRMED.

Further, to the extent that Plaintiff seeks clarification of Magistrate Judge Kirk's January 5, 2006 rulings and order, Plaintiff states its intent to obtain a transcript of the hearing. The Court has verified with the court reporter that Plaintiff obtained the transcript, and, thus, Plaintiff's counsel may obtain clarification from its review of the transcript. If Plaintiff needs additional clarification, then counsel should file an appropriate motion specifically identifying Plaintiff's

questions and concerns.

**MONROE, LOUISIANA**, this 20th day of March, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE